**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Carmen Adriana De La Torre**                              CASE NO  **08-36278-13**

                                                                              CHAPTER  **13**

*AMENDED 12/16/2008*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/16/2008                              Signature  /s/ Carmen Adriana De La Torre
                                                                   *Carmen Adriana De La Torre*

Date  _____                    Signature  _____

```
Aspire Via
PO Box 84078
Columbus, GA 31908


AT&T
2321 N. University
Lubbock, TX 79415


Capital One
PO Box 60599
City of Industry, CA 91716


Chase
PO Box 64886
St. Paul, MN 55164


Chase Auto Finance
PO Box 378050
Phoenix, AZ 85062


Chrysler Financial
PO Box 9001921
Louisville, KY 40290


Conn's
3295 College Street
Beaumont, TX 37701


Countrywide
PO Box 650070
Dallas, TX 75265


Dean Martinez
PO Box 400
Roy, UT 84067
```

```
Direct TV
PO Box 78626
Phoenix, AZ 85062-8626




Home Depot Credit Services
PO Box 6028
The Lakes, NV 88901




Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326


James Wood
Criminal District Attorney
Frank Crowley Courts Building
133 N. Industrial Blvd., LB 19
Dallas, TX 75207-4399

M & T Bank
PO Box 1288
Buffalo, NY 14240




Macys
PO Box 6938
The Lakes, NV 88901




Marling, Inc.
c/o Steven H. Phelps, P.L.L.C.
10000 N. Central Expressway
Suite 850, LB 76
Dallas, TX 75231-1075

Orthodontics for Infants and Children
PO Box 35408
Dallas, TX 75235-0408




Pool Word Remodeling
3301 N. Town East Blvd. #140
Mesquite, TX 75150
```

```
Reliant Energy
PO Box 3765
Houston, TX 77253



Silverleaf Resorts, Inc.
1221 Riverbend, Ste 120
Dallas, TX 75247



Spring Green Lawn Services
626 E. Linda Drive
Garland, TX 75041



Stanley F. Seat, P.C.
5000 Quorum Drive
Suite 440
Dallas, TX 75254


Stanley F. Seat, P.C.
PO Box 117692
Carrolton, TX 75011-7692



Town of Sunnyvale
127 N. Collins Rd.
Sunnyvale, TX
```