```
         IN THE UNITED STATES BANKRUPTCY COURT           Action    ____
            FOR THE NORTHERN DISTRICT OF TEXAS           No Action   X
                    DALLAS DIVISION                      ID Checked  X   DR1 ____ DR2
                                                         SS Checked  X   DR1 ____ DR2
                                              Returned Tax Returns to DR ____
```

IN RE:                                          Case No. 08-36278-HDH-13
CARMEN ADRIANA DE LA TORRE
    DEBTOR(S),                                  Judge: HARLIN D. HALE

### REPORT OF (ADJOURNED) SECTION 341 MEETING

**Meeting Information:** Meeting Date: Mon Feb 02, 2009   DFPD: 63   Original 341: Jan 12, 2009
Debtor(s) Appeared?                                  Y Yes ____ No (DR1) / (DR2)
Debtor(s) attorney/paralegal appeared?               Y Yes ____ No ____ Pro-se
Creditors Appeared?                                  Y Yes ____ No
Name: _Matt Forester_                   Representing: _Tex Mutual IWS_
      _Leo Carey_                                    _IRS_

Business Case:                                       ____ Yes Level  X  No
341 meeting concluded:                                X  Yes         ____ No

Adj Date: _____; _____  To Hear; Reason: _____

Debtor was asked standard questions : Circle one    Y or N

**Need NOI for:**  ____ Failure to Appear (DR1) / (DR2)        ____ Picture ID (DR1) / (DR2)

                                                                ____ SSN (DR1) / (DR2)

                    ____ Wage Order Information (DR1) / (DR2)   ____ Paystubs (DR1) / (DR2)

                    ____ Tax Returns: _____                ____ DSO Information: _____

                    ____ Other: _____

No Show/ID NOI Sent: 01/13/2009

**Payment Information:**                        Plan Base:        $ 24,000.00
Current monthly payment :       $    400.00    First Payment due: Dec 31, 2008
$ rec'd as of January 27, 2009 : $    400.00   Length of Plan:    60

**Trustee Action Needed:**
Trustee's Motion to Transfer Venue needed: _____

Trustee's Objection to Exemptions needed for: _____

Other: _____

Circle one:  Debtor confirmed that all the information contained on the Petition, Schedules,
Y or N       Statement of Financial Affairs, and CMI form was true and correct and needed no
             changes or additions to make them true and complete.




Case # 08-36278-HDH-13                                                                          Page 2
Debtor(s) CARMEN ADRIANA DE LA TORRE

Confirmation Isssues

1. **BEST INTEREST:** X
   Exemptions: __X__ Federal; _____ Texas State; _____ State other than TX: _____

   Exceeds $125,000    Y or (N)

   Value (equity) of non-exempt property (See #12 for more details): $ _____

   Total Value of Assets listed as Exempt on Schedule C: _60,700_

   Improper Exemptions: Circle one:  Y or (N)  Explain: _____

   Fraudulent Transfer: Circle one:  Y or (N)  Explain: _____

   _____ Refer to Legal: _____

2. **DISPOSABLE INCOME:**
   A) **Below Median Income:** DR's Proj Monthly Disp. Income: _____ x 36= _____

   Comment: _____

   B) **Above Median Income (CMI Form):**
   DR's Monthly Disposable Income: $_6184_ X ACP: _60_ = Unsec. Pool: $_37,040_

   Line _____ Notes: _Under Harace CMI is -0-_

   Line _____ Notes: _____

   _____ Refer to Legal: _____

3. **FEASIBILITY:** Circle one: (Y) or N   Reason if No: _____
   _____ Refer to Legal: _____

4. **GOOD FAITH** Petition and Plan: Circle one: (Y) or N   Reason if No: _____

   _____ Refer to Legal: _____

5. **DOMESTIC SUPPORT OBLIGATION (DSO):**
   Debtor owes post petition DSO:  Current?  Circle one: (NA) Y or N
   _____ Refer to Legal: _____

6. **TAX RETURNS:**

   Filed previous 4 years:  Circle one: (Y) or N  Specify: _____

   Number of Dependants on last year: _____   Notes: _____

   Number in Household per CMI: _____   Notes: _____
   _____ Refer to Legal: _____

7. **BUSINESS CASE:**

   _____ Self-Employed                          _____ Liquor License
   _____ Incurs Trade Debt                      _____ Over $15,000 per/mo.
   _____ Employees
   _____ Refer to Business Case Analyst

Case # 08-36278-HDH-13  
Debtor(s) CARMEN ADRIANA DE LA TORRE                                            Page 3

8. **CIVIL ENFORCEMENT:**

   \_\_\_\_\_  Petition Preparer was involved.  (See #12 for more details.)

   \_\_\_\_\_  Debtor attorney fees exceed "standard fee"

   \_\_\_\_\_  Refer to Legal _____

9. **521(a)(1) INFORMATION HAS BEEN FILED:**

   \_X\_ List of Creditors                    \_X\_ Statement of Financial Affairs

   \_X\_ Schedules A, B, C, D, E, and F       \_X\_ 342(b) Certificate by DR Atty

   \_X\_ Schedules I & J                      \_\_\_\_\_ 60 Days Payment Advices

   \_X\_ CMI Statement

10. **ELIGIBILITY:**

    Certificate of Credit Counseling within 180 days on file      \_X\_ Yes  \_\_\_ No

    Provider of Credit Counseling is approved                     \_X\_ Yes  \_\_\_ No

    Debt limits exceed maximum (S-$1,010,650 U-$336,900)          \_\_\_ Yes  \_\_\_ No
    Refer to Legal

11. **DOCUMENTS REQUIRED FOR CONFIRMATION** _____

12. **OTHER (include improper venue):** _____

13. **PRESIDING OFFICER NOTES:**

    2 vehicles
    Tax paym[ent]
    Need w/d

Date: Mon Feb 02, 2009                          By: _[signature]_
                                                Presiding Officer Signature