| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION | PROOF OF CLAIM |
|---|---|
| Name of Debtor: CARMEN ADRIANA DE LA TORRE | Case Number: 08-36278 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

BAYVIEW LOAN SERVICING, LLC

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

BAYVIEW LOAN SERVICING, LLC
4425 PONCE DELEON BLVD. 5TH FLOOR
CORAL GABLES, FLORIDA 33146

Telephone number:

Name and address where payment should be sent (if different from above):

SAME AS ABOVE

Telephone number:

Court Claim Number:

Filed on:

☐ Check this box if you are aware that anyone else has filed proof of claim relating to your claim. Attach copy of the statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $85,119.66

■ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of charges.

**2. Basis for Claim:** MONEY LOANED

**3. Last four digits of any number by which creditor identifies debtor:** 1820

**3a. Debtor may have scheduled account as:** N/A

**4. Secured Claim** (See instruction #4 on reverse side.) Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ■ Real Estate ☐ Motor Vehicle ☐ Other

**Describe:**
**Value of Property:** $84,690.00 **Annual Interest Rate:**

2623 VIVA DR., MESQUITE, TEXAS 75150

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $4,944.82 **Basis for perfection:** Deed of Trust

**Amount of Secured Claim:** $85,119.66 **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of the Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 2-4-09 | BAYVIEW LOAN SERVICING, LLC  /s/ Alejandro Diaz, As Agent for Bayview Loan Servicing, LLC | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1365313-1:INTER:4910

## BAYVIEW LOAN SERVICING

Telephone:                                               Fax:

| Loan No.: | 291820 | Contractual Due date: | 9/5/2008 |
| Interest Rate: | 11.000% | | |
| Bankruptcy Filed | 12/01/08 | Mortgagor(s) | Carmen Adriana De La Torre |
| Lien Position | 1 | | |
| Case Number: | 08-36278 | Property Address: | 2623 Viva Drive |
| Chapter: | 13 | | Mesquite, TX 50342 |

**Proof Of Claim Reinstatement figures**
*Make sure to include any outstanding Foreclosure/Bankruptcy Fees and Cost*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unpaid Principal Balance: | | | | | | $80,174.84 | |
| 4 Monthly Payments at: | | $1,044.88 | From | 09/05/08 | To | 12/5/2008 | $4,179.52 |****
| Monthly Payments at: | | | From | | To | | |
| Monthly Payments at: | | | From | | To | | |
| Monthly Payments at: | | | From | | To | | |
| 3 Late Charges at: | | $40.71 | From | 09/16/08 | To | 11/16/2008 | $122.13 |
| Late Charges at: | | | From | | To | | |
| Late Charges at: | | | From | | To | | |
| Late Charges at: | | | From | | To | | |
| | | | | | | $4,301.65 | |
| Deferred Late Charges Balance: | | | | | | $81.42 | |
| Property Inspection/Securing Fees/BPO Fees: | | | | | | | |
| Interest Arrearages: | | | | | | | |
| Current NSF Balance: | | | | | | | |
| Inspection Fees: | | | | | | | |
| Escrow Advance: | | | | | | $561.75 | |
| Bankruptcy & Foreclosure Attorney Fees and Costs: | | | | | | | |
| Other Cost: | | | | | | | |
| CREDITS: | | | | | | | |
| TOTAL REINSTATEMENT: | | | | | | $4,944.82 | |
| TOTAL UNPAID PRINCIPAL PLUS REINSTATEMENT: | | | | | | $85,119.66 | |

PER DIEM           $24.16

Prepared by:     Marques Prass
Date                   15-Jan-09

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by electronic mail or by First Class U. S. Mail, postage prepaid on the 4th day of February, 2009 to:

DEBTOR
CARMEN ADRIANA DE LA TORRE
101 SUNBIRD LN.
SUNNYVALE, TEXAS 75182

DEBTORS ATTORNEY
AREYA HOLDER
800 W. AIRPORT FRY., SUITE 540
IRVING, TEXAS 75062

TRUSTEE
THOMAS DWAIN POWERS
125 E. JOHN CARPENTER FRY.
SUITE 1100
IRVING, TEXAS 75062

U.S. TRUSTEE
1100 COMMERCE ST.
ROOM 976
DALLAS, TEXAS 75242

/s/ Brendetta A. Scott
Carolyn A. Taylor     TBA #08526800/FIN 1290
Dominique Varner      TBA #00791182/FIN 18805
Brendetta A. Scott    TBA #24012219/FIN 24592
333 Clay, 29th Flr
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834

ATTORNEY FOR CLAIMANT

1365313-1:INTER:4910