

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

Signed February 24, 2009

**United States Bankruptcy Judge**

---

Carolyn A. Taylor        TBA #08526800/FIN 1290
Dominique Varner         TBA #00791182/FIN 18805
Brendetta A. Scott       TBA #24012219/FIN 24592
Hughes, Watters & Askanase, L.L.P.
Three Allen Center
333 Clay, 29th Floor
Houston, Texas  77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEY FOR BAYVIEW LOAN SERVICING, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORHTERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-36278 |
| CARMEN ADRIANA DE LA TORRE | § | |
| | § | CHAPTER 13 |
| DEBTOR | § | |

**AGREED ORDER ON OBJECTION TO CONFIRMATION**

On this day came on to be considered the Objection to Confirmation filed by BAYVIEW LOAN SERVICING, LLC ("Movant"), and the Court having heard the announcement of counsel, is of the opinion that the following order should be entered.

Therefore, it is

ORDERED, ADJUDGED and DECREED that CARMEN ADRIANA DE LA TORRE

1377188-1:INTER:4910

(Debtor) hereby agrees to pay the arrears, as stated in Movant's Proof of Claim filed on February 4, 2009 as to collateral, described as:

> MORE COMMONLY KNOWN AS 2623 VIVA DR., MESQUITE, TEXAS 75150 ("PROPERTY").

It is Therefore,

ORDERED and AGREED that Movant's pre-petition arrears in the amount of $4,944.82, as referenced in its Proof of Claim and that the Mortgagee will be listed as Bayview Loan Servicing, LLC, will be entered into the Confirmation Order upon Confirmation of Debtor's Chapter 13 Plan.

AGREED & APPROVED:

/s/ Brendetta A. Scott
Carolyn A. Taylor  TBA #08526800/FIN 1290
Dominique Varner  TBA #00791182/FIN 18805
Brendetta A. Scott  TBA #24012219/FIN 24592
Three Allen Center
333 Clay, 29th Floor
Houston, Texas  77002
Telephone (713) 759-0818
Telecopier (713) 759-6834

/s/ Areya Holder
Areya Holder
800 W. Airport Frwy., Suite 540
Irving, Texas 75062
Telephone (972) 438-8800
Telecopier (972) 438-8825

1377188-1:INTER:4910