**Areya Holder**
**SBN 24002303**
**Law Office of Areya Holder, P.C.**
**800 W Airport Freeway, Suite 540**
**Irving, Texas 75062**
**Phone: (972) 438-8800**
**Fax: (972) 438-8825**
**areya@holderlawpc.com**

**ATTORNEY FOR DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CARMEN ADRIANA DE LA TORRE | § | CASE NO. 08-36278-HDH-13 |
| | § | |
| Debtor | § | |
| | § | |
| | § | |
| BAYVIEW LOAN SERVICING, LLC | § | |
| ITS ASSIGNS AND/OR SUCCESSORS | § | |
| IN INTEREST | § | |
| | § | |
| Movant | § | |
| | § | |
| vs. | § | |
| | § | |
| CARMEN ADRIANA DE LA TORRE and | § | |
| THOMAS POWERS, Trustee | § | |
| | § | |
| Respondents | § | |

### DEBTOR'S RESPONSE TO MOTION OF BAYVIEW LOAN SERVICING, LLC FOR RELIEF FROM THE AUTOMATIC STAY OF AN ACT AGAINST CO-DEBTOR OF U.S.C. § 1301

COMES NOW, CARMEN ADRIANA DE LA TORRE, (hereinafter "Debtor") with her Response to Motion for Relief from the Automatic Stay of an Act Against Co-Debtor of 11 U.S.C. § 1301 (the "Motion") filed by BAYVIEW LOAN SERVICING, LLC (hereinafter "Movant") and in support thereof would respectfully show the Court as follows:

1. Debtor admits the allegations contained in paragraphs 1 and 2 of Movant's Motion.

2. Debtor neither admits nor denies the allegations in paragraphs 3, 4, 5, 6, 7, and 10 of Movant's Motion

3. Debtor denies the allegations contained in paragraphs 8, 9, 11, and 14 of Movant's Motion.  Movant is adequately protected during the pendency of the Debtor's bankruptcy proceeding and no "cause" exists to modify the automatic stay.

4. Except as set forth above, anything not specifically admitted herein is hereby denied.

5. Debtor would suffer an undue hardship and irreparable injury if the Automatic Stay were lifted. (See Attached Debtor's Affidavit Exhibit "A")

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that this Court deny the relief requested in the Motion and allow the automatic stay to continue pursuant to Section 362 of the Bankruptcy Code.

    Respectfully submitted,

By: /s/ *Areya Holder*
    Areya E. Holder
    SBN 240002303

    Law Office of Areya Holder, P.C.
    800 W Airport Freeway, Suite 540
    Irving, Texas 75062
    Phone: 972-438-8800
    Fax: 972-438-8825
    areya@holderlawpc.com

# **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing instrument has been served via electronic notice and/or regular first class mail to the following on this 5th day of June, 2009.

Carmen Adriana De La Torre
2623 Viva Drive
Mesquite, TX 75150

Thomas Powers
125 E. John Carpenter Freeway
Suite 1100
Irving, TX 75062

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Patrick McCarren
Hughes, Watters & Askanase, LLP
333 Clay, 29th Floor
Houston, TX 77002

Sherrel K. Knighton
Linebarger Goggan Blair & Sampson
2323 Bryan Street, Suite 1600
Dallas, TX 75205

Pamela A. Bassel
Bassel & Wilcox, P.L.L.C.
P.O. Box 11509
Fort Worth, TX 76110-0509

John W. Mee III
Mee Mee Hoge & Epperson PLLP
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, Ok 73118

Respectfully submitted,

By: /s/*Areya Holder*