Office of the Standing Chapter 13 Trustee
Thomas D. Powers, Trustee
125 E. John Carpenter Freeway, Suite #1100
Irving, TX 75062
(214) 855-9200 / (214) 965-0756 (Fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In Re: | Case #: 08-36278-HDH-13 |
|---|---|
| | Hearing Date: 10/15/2009 |
| CARMEN ADRIANA DE LA TORRE | |

## Notice of Pre-Hearing Conference and Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

To:   ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) ("TRCC") will be held at **8:30 a.m.** on **10/15/2009** at 125 E. John Carpenter Freeway, Suite #1100, Irving, Texas 75062.

Any objection to the Pleading not resolved or defaulted at the Trustee's pre-hearing conference will be heard by the Court at 2:00 p.m. on the same day at 1100 Commerce Street, Fourteenth Floor, Dallas Texas.

Pursuant to General Order 2006-01 Section 8(c), unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC, and such treatment will be final and binding on all parties.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON ANY AFFECTED CREDITORS AND ON THE FOLLOWING PARTIES NO LATER THAN 08/29/2009.

| | |
|---|---|
| Debtor: | CARMEN ADRIANA DE LA TORRE, 101 SUNBIRD LANE, SUNNYVALE TX, 75182 |
| Attorney: | LAW OFFICE OF AREYA HOLDER PC, 800 W AIRPORT FREEWAY, SUITE 540, IRVING TX 75062 |
| Court: | Clerk's Office, US Bankruptcy Court, 1100 Commerce St, 12th Floor, Dallas, Tx 75202 |
| Trustee: | Trustee's Office, 125 E. John Carpenter Freeway, Suite #1100, Irving, TX 75062 |

/s/ Thomas D. Powers
Thomas D. Powers, Trustee
State Bar No. 16218700

Debtor:
CARMEN ADRIANA DE LA TORRE
101 SUNBIRD LANE

SUNNYVALE TX 75182

```
08-36278-HDH-13
CARMEN ADRIANA DE LA TORRE
```

## Certificate of Service

I hereby certify that a copy of the "Notice of Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" and "Trutee's Recommendation Concerning Claims and Plan Modificaiton (if required)" was served on the following parties at the addresses listed below by United States First Class mail or via electronic mail.

| | |
|---|---|
| **Debtor(s):** | CARMEN ADRIANA DE LA TORRE, 101 SUNBIRD LANE, SUNNYVALE TX, 75182 |
| **Attorney:** | LAW OFFICE OF AREYA HOLDER PC, 800 W AIRPORT FREEWAY, SUITE 540, IRVING TX 75062 |
| **Creditors:** | ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV-BANKRUPTCY SEC, PO BOX 12548, AUSTIN TX, 78711-2548 |
| | INTERNAL REVENUE SERVICE, PO BOX 21125, PHILADELPHIA PA, 19114 |
| | MARLING INC, CO STEVEN H PHELPS P L L C, 10000 CENTRAL EXPWY NO850 LB76, DALLAS TX, 75231-1075 |
| | STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN TX, 78711 |
| | TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN TX, 78711-3127 |
| | TEXAS EMPLOYMENT COMMISSION, TEC BUILDING BANKRUPTCY, 101 EAST 15TH STREET, AUSTIN TX, 78714-9080 |
| | U S DEPARTMENT OF HUD, 801 CHERRY STREET UNIT, SUITE 2500, FT WORTH TX, 76102 |
| | UNITED STATES ATTORNEY, 801 CHERRY STREET, UNIT 4, FORT WORTH TX, 76102-6882 |
| | LINEBARGER GOGGAN BLAIR SAMPSO, 2323 BRYAN ST, 1720 UNIVISION CENTER, DALLAS TX, 75201-2644 |
| | INTERNAL REVENUE SERVICE, PO BOX 21125, PHILADELPHIA PA, 19114 |
| | ASPIRE VISA, PO BOX 84078, COLUMBUS GA, 31908 |
| | AT AND T, 2321 N UNIVERSITY, LUBBOCK TX, 79415 |
| | CAPITAL ONE, PO BOX 60599, CITY OF INDUSTRY CA, 91716 |
| | CHASE, PO BOX 64886, ST PAUL MN, 55164 |
| | JP MORGAN CHASE BANK NA, CHASE AUTO FINANCE, PO BOX 901032, FT WORTH TX, 76101-2032 |
| | CHRYSLER FINANCIAL, PO BOX 9001921, LOUISVILLE KY, 40290 |
| | CONN APPLIANCES INC, PO BOX 2358, BEAUMONT TX, 77704 |
| | COUNTRYWIDE, PO BOX 650070, DALLAS TX, 75265 |
| | DEAN MARTINEZ, PO BOX 400, ROY UT, 84067 |
| | DIRECT TV, PO BOX 78626, PHOENIX AZ, 85062-8626 |
| | HOME DEPOT, PO BOX 6028, THE LAKES NV, 88901-6028 |
| | JAMES WOOD, 133 N INDUSTRIAL BLVD LB 19, DALLAS TX, 75207 |
| | M AND T BANK, PO BOX 1288, BUFFALO NY, 14240 |
| | MACYS, PO BOX 6938, THE LAKES NV, 88901-6938 |
| | MARLING INC, 10000 N CENTRAL EXPWY, SUITE 850 LB 76, DALLAS TX, 75231 |
| | ORTHODONTICS FOR INFANTS, PO BOX 35408, DALLAS TX, 75235 |
| | POOL WORD REMODELING, 3301 N TOWN EAST BLVD NO 140, MESQUITE TX, 75150 |
| | RELIANT ENERGY, PO BOX 1409, HOUSTON TX, 77251-1409 |
| | SILVERLEAF RESORTS, 1221 RIVERBEND DR NO 120, , DALLAS TX, 75247 |
| | SPRING GREEN LAWN SERVICES, 626 E LINDA DRIVE, GARLAND TX, 75041 |
| | STANLEY F SEAT P C, PO BOX 117692, CARROLTON TX, 75011 |
| | STANLEY F SEAT P C, 5000 QUORUM DR SUITE 440, DALLAS TX, 75254 |
| | CAPITAL ONE, PO BOX 60599, CITY OF INDUSTRY CA, 91716 |
| | INTERNAL REVENUE SERVICE, PO BOX 21125, PHILADELPHIA PA, 19114 |
| | INTERNAL REVENUE SERVICE, PO BOX 21126, PHILADELPHIA PA, 19114 |
| | M AND T BANK, PO BOX 1288, BUFFALO NY, 14240 |
| | CONN APPLIANCES INC, PO BOX 2358, BEAUMONT TX, 77704 |
| | SUNNYVALE ISD, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201 |
| | CITY OF SUNNYVALE, 2323 BRYAN STREET SUITE 1600, , DALLAS TX, 75201 |
| | IRVING ISD, 2323 BRYAN STREET SUITE 1600, , DALLAS TX, 75201 |
| | COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201-2644 |

```
BASSEL AND WILCOX P L L C, PO BOX 11509, FORT WORTH TEXAS, 76110
JEFFERSON CAPITAL SYSTEMS LLC, RJM ACQUISITIONS LLC, PO BOX 7999, SAINT CLOUD MN, 56302-9617
JEFFERSON CAPITAL SYSTEMS LLC, RJM ACQUISITIONS LLC, PO BOX 23051, COLUMBUS GA, 31902-3051
JPMORGAN CHASE BANK NA, CHASE AUTO FINANCE CORP, 201 N CENTRAL AVE AZ1 1191, PHOENIX AZ, 85004
BASSEL AND WILCOX PLLC, PO BOX 11509, , FORT WORTH TX, 76110-0509
MEE MEE HOGE AND EPPERSON PLLP, 50 PENN PLACE, 1900 NW EXPRESSWAY STE 1400, OKLAHOMA CITY OK, 73118
BAYVIEW LOAN SERVICING LLC, 4425 PONCE DELEON BLVD, 5TH FLOOR, CORAL GABLES FL, 33146
COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201-2644
SILVERLEAF RESORTS, 1221 RIVERBEND DR NO 120, , DALLAS TX, 75247
TEXAS MUTUAL INSURANCE COMPANY, 203 EAST MAIN AVE, , ROUND ROCK TX, 78664
BAYVIEW LOAN SERVICING LLC, 4425 PONCE DELEON BLVD, 5TH FLOOR, CORAL GABLES FL, 33146
```

Date:    07/30/2009                                    By:   /s/ Thomas D. Powers

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                    Case #:   08-36278-HDH-13
                                          Dated:    07/30/2009
CARMEN ADRIANA DE LA TORRE


**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND**
**PLAN MODIFICATION (if required)**

The Trustee hereby objects to the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

I.

**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| T'ee Clm # | Creditor's Name | Scheduled Amount |
|---|---|---|
| 0003 | MARLING INC | $ 261,061.20 |
| 0006 | TEXAS EMPLOYMENT COMMISSION | $ 43,967.90 |
| 0011 | ASPIRE VISA | $ 699.07 |
| 0012 | AT AND T | $ 269.69 |
| 0013 | CAPITAL ONE | $ 736.99 |
| 0014 | CHASE | $ 49.27 |
| 0016 | CHRYSLER FINANCIAL | $ 30,672.64 |
| 0018 | COUNTRYWIDE | $ 87,869.34 |
| 0019 | DEAN MARTINEZ | $ .00 |
| 0020 | DIRECT TV | $ 908.13 |
| 0021 | HOME DEPOT | $ 737.46 |
| 0024 | MACYS | $ 319.64 |
| 0026 | ORTHODONTICS FOR INFANTS | $ 1,800.00 |
| 0027 | POOL WORD REMODELING | $ 1,400.00 |
| 0030 | SPRING GREEN LAWN SERVICES | $ 1,080.00 |
| 0032 | STANLEY F SEAT P C | $ 950.00 |
| 0033 | CAPITAL ONE | $ 482.18 |

## II.

### SPECIFIC OBJECTIONS

The Trustee hereby objects to the following claims, for the reason(s) indicated in Column 6 The claims should be ALLOWED/DISALLOWED as indicated in Column 3 for the amount and class indicated in Columns 4 and 5 respectively.

None

## III.

### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in class listed below.

| T'ee Clm # | DSO Creditors | | Claim | | | Paid By |
|---|---|---|---|---|---|---|
| | None | | | | | |

| T'ee Clm # | Secured 910 Creditors No Cram Down | Collateral | Claim | Value | % | Paid By |
|---|---|---|---|---|---|---|
| | None | | | | | |

| T'ee Clm # | Secured Creditors | Collateral | Claim | Value | % | Paid By |
|---|---|---|---|---|---|---|
| 0015 | JP MORGAN CHASE BANK NA | 03 CHEVY SUBURBAN | $ 12,769.50 | $ 12,769.50 | 6.00 | Trustee |
| 0017 | CONN APPLIANCES INC | ELECTRONICS/FURNITUR | $ 1,460.00 | $ 1,280.00 | .00 | Surrender |
| 0029 | SILVERLEAF RESORTS | TIMESHARE | $ 7,691.06 | $ 18,000.00 | .00 | Surrender |
| 0038 | SUNNYVALE ISD | REAL PROPERTY | $ 6,185.55 | $ 451,500.00 | .00 | Surrender |
| 0039 | CITY OF SUNNYVALE | REAL PROPERTY | $ 1,706.50 | $ 451,500.00 | .00 | Surrender |
| 0040 | IRVING ISD | REAL PROPERTY | $ 1,319.64 | $ 94,870.00 | .00 | Surrender |
| 0041 | COUNTY OF DALLAS | REAL PROPERTY | $ 390.54 | $ 84,690.00 | .00 | Direct by Debtor |
| 0049 | BAYVIEW LOAN SERVICING LLC | HOMESTEAD/ARREARS | $ 4,944.82 | $ 84,690.00 | .00 | Trustee |
| 0050 | BAYVIEW LOAN SERVICING LLC | HOMESTEAD/CURRENT | $ 85,119.66 | $ 84,690.00 | .00 | Direct by Debtor |
| 0051 | COUNTY OF DALLAS | REAL PROPERTY | $ 2,602.57 | $ 451,500.00 | .00 | Surrender |
| 0052 | COUNTY OF DALLAS | REAL PROPERTY | $ 546.86 | $ 94,870.00 | .00 | Surrender |
| 0053 | COUNTY OF DALLAS | REAL PROPERTY | $ 2,024.35 | $ 351,190.00 | .00 | Surrender |
| 0054 | SILVERLEAF RESORTS | TIMESHARE | $ 20,329.64 | $ 20,329.64 | .00 | Direct by Debtor |
| 0056 | BAYVIEW LOAN SERVICING LLC | POST PET ARREARS | $ 7,147.83 | $ 84,690.00 | .00 | Trustee |

| T'ee Clm # | Priority Creditors | Comment | Claim | | | Paid By |
|---|---|---|---|---|---|---|
| | None | | | | | |

| T'ee Clm # | Unsecured - Special Class | | | Claim | | | Paid By |
|---|---|---|---|---|---|---|---|
| | None | | | | | | |

| T'ee Clm # | Unexpired Leases | Collateral | Claim | Value | % | Paid By |
|---|---|---|---|---|---|---|
| | None | | | | | |

| T'ee Clm # | Unsecured Creditors | Comm | Clm Amount | T'ee Clm# | Unsecured Creditors | Comm | Clm Amount |
|---|---|---|---|---|---|---|---|
| 0010 | INTERNAL REVENUE SERVICE | | $ 1,206.09 | 0017 | CONN APPLIANCES INC | Def. | $ 180.00 |
| 0028 | RELIANT ENERGY | | $ 2,971.71 | 0034 | INTERNAL REVENUE SERVICE | Penalty | $ 674.05 |
| 0037 | CONN APPLIANCES INC | | $ 223.75 | 0045 | JEFFERSON CAPITAL SYSTEMS LLC | | $ 588.05 |
| 0055 | TEXAS MUTUAL INSURANCE COMPANY | | $ 284,134.00 | | | | |

IV.

## Plan Modification, subject to feasibility

Pursuant to 11 U.S. C. Section 1329, and in accordance with General Order 2006-01 Section 8, the Trustee requests the following Modification of Debtor's(s)' Confirmed Plan, subject to feasibility, herein:

__X__  No Modification Needed.


                                      Respectfully submitted,


                                      /s/ Thomas D. Powers
                                      _____
                                      Thomas D. Powers/Trustee
                                      State Bar #1628700
                                      Office of the Chapter 13 Trustee